THE PENINSULAR.

FOLEY v. THE PENINSULAR.

(District Court, E. D. New York. April 19, 1897.)

SHIPPING—PERSONAL INJURIES—FELLOW SERVANTS.

A winchman, by whose negligence a piece of cargo falls upon a man working in the hold, is the latter's fellow servant, so that the ship is not liable.

This was a libel by Patrick Foley against the steamship Peninsular to recover damages for personal injuries.

Charles J. Patterson, for libelant.
Convers & Kirlin, for claimant.

BENEDICT, District Judge. This is an action for personal injuries caused by the falling of a tub of salt upon a man in the hold of the steamship Peninsular. Upon the evidence it is impossible to conclude that the accident was caused by any neglect on the part of the shipowners. It was caused by the negligence of the winchman. The winchman, however, was a fellow servant with the libelant, and therefore his negligence entails no liability upon the owners of the ship. Libel dismissed, with costs.